| | |
|---|---|
| 1 | Law Offices of Hadley & Fraulob |
| 2 | 230 Fifth Street<br>Marysville, CA  95901 |
| 3 | (530) 743-4458 |
| 4 | JOSEPH C. FRAULOB – State Bar #194355<br>Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Bradley Scott Bryan,

        Plaintiff,

v.

Commissioner of the Social Security Administration,

        Defendant.

No: 2:16-cv-02987-AC

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, June 26, 2017, to file the Motion for Summary Judgment.

////

////

////

////

////

////

////

-1-

1     IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 05/26/2017            / s / Joseph C. Fraulob
                                            Joseph C. Fraulob
                                            Attorney for Plaintiff

Dated: 05/26/2017            / s / Gina Tomaselli
                                            Gina Tomaselli
                                            Special Assistant U.S. Attorney
                                            Attorney for Defendant

IT IS HEREBY ORDERED.

Date: May 30, 2017

                                            Allison Claire
                                            U.S. Magistrate Judge