Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bradley Bryan,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>       Defendant. | Civil Action No: 2:16-cv-02987-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, July 26, 2017, to file the Motion for Summary Judgment.

      IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 06/26/2017          / s / Joseph C. Fraulob
                                      Joseph C. Fraulob
                                        Attorney for Plaintiff

Dated: 06/26/2017          / s / Gina Tomaselli
                                        Gina Tomaselli
                                        Special Assistant U.S. Attorney
                                        Attorney for Defendant

IT IS ORDERED.

Date: 06/27/17

                                        *(signature)*
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE