PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| BRADLEY SCOTT BRYAN, | Case No. 2:16-cv-02987-AC |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Bradley Scott Bryan (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of forty-five (45) days to file her Opposition to Plaintiff's Opening Brief.  The current due date is August 17, 2017.  The new date will be October 2, 2017.  An extension of time is needed because the attorney responsible for briefing this case has a chronic health condition and is currently experiencing a flare-up that will require her to

take some medical leave.  Defendant requests a forty-five day extension in order to avoid a need for second extension request.  This request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 4, 2017

LAW OFFICES OF HADLEY & FRAULOB
By: */s/ Joseph Clayton Fraulob*
JOSEPH CLAYTON FRAULOB
Attorney for Plaintiff
(*As authorized by e-mail on August 4, 2017)

Date: August 4, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE OCTOBER 2, 2017.

DATED: August 7, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE