PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| BRADLEY SCOTT BRYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02987-AC<br><br>UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between Bradley Scott Bryan (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of ten (10) days to file her Opposition to Plaintiff's Opening Brief. The current due date is October 2, 2017. The new date will be October 12, 2017. An extension of time is needed because the attorney responsible for briefing this case has recently returned from medical leave that lasted longer than expected. This request is made in good faith with no intention to unduly delay the proceedings. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: September 29, 2017

LAW OFFICES OF HADLEY & FRAULOB
*/s/ Joseph Clayton Fraulob*
(*as authorized via email on September 29, 2017)
JOSEPH CLAYTON FRAULOB
Attorney for Plaintiff

Dated: September 29, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE OCTOBER 12, 2017.

Dated: October 2, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE